IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOSEPH CASEY MCGHEE BEY,       )
                               )
            Plaintiff,         )
                               )
    v.                         )       1:13CV183
                               )
UNITED STATES OF AMERICA,      )
et al.,                        )
                               )
            Defendant(s).      )

**ORDER**

On March 12, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 5 and 6.) Within the time limitation set forth in the statute, Plaintiff objected to the Recommendation. (See Doc. 7.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, correcting the defects set out in the Order

and Recommendation. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 17th day of May, 2013.

*William L. Osteen, Jr.*
_____
United States District Judge